1  CARMINA BASTO
2  DENNY V. BASTO, INDIVIDUALLY,
    d/b/a MANILA GARDEN RESTAURANT
3  J & C BASTO CO., INC. d/b/a
    MANILA GARDEN RESTAURANT
4  20500 Hesperian Blvd., Suite D and E
    Hayward, CA 94541
5  Cell: (510) 750-7462   Fax: (510) 887-7306
6  Email: carminabasto@yahoo.com
    Defendants, In Proper
7



8                UNITED STATES DISTRICT COURT
                         FOR THE
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION

11  J & J SPORTS PRODUCTIONS, INC.    )   Case No.: C09-01023 EMC
                                      )
12              Plaintiff             )   ANSWER TO COMPLAINT
                                      )   COUNTERCLAIMS
13        VS.                         )   DEMAND FOR JURY TRIAL
                                      )
14  CARMINA BASTO                     )
    On behalf of herself and          )
15  DENNY V. BASTO, INDIVIDUALLY,     )
    d/b/a MANILA GARDEN RESTAURANT    )
16  J & C BASTO CO., INC. d/b/a
17  MANILA GARDEN RESTAURANT,

18        Defendant

19  _____

20  Defendants, CARMINA BASTO and DENNY V. BASTO, INDIVIDUALLY, d/b/a

21  MANILA GARDEN RESTAURANT, J & C BASTO CO., INC. d/b/a MANILA GARDEN

22  RESTAURANT (hereinafter called BASTO) answers the complaint of plaintiff, J & J

23  SPORTS PRODUCTIONS, INC. (hereinafter called J & J) in this action as follows:

24

25

26                   PARTIES, JURISDICTION AND VENUE

27

28

Answer,Counterclaim,Demand Jury Trial C09-01023 EMC - 1

1.Answering paragraph 1 to 6, the claim upon which the plaintiff is suing is based on contract between Direct TV and Defendant Deny Basto. As shown in Exhibit 1, the plaintiff is not a party to the contract between Direct TV and Denny Basto, Defendant. Therefore plaintiff has no standing to sue.

2. Defendants admit allegations in paragraph 7, 8 and 9 that they are individuals and corporation doing business as Manila Garden Restaurant only and deny all other allegations in those paragraphs.

## REPONSE TO COUNT 1 - 47 U. S. C. Section 605

3. Answering paragraph 10, defendants hereby incorporate by reference the admissions, allegations and denials in paragraph 1 through 3 of this answer.

4. Answering paragraph 11, 12, and 13, defendants have no information to admit or deny the allegations in these paragraphs. Based on this lack of information, defendants deny the allegations.

5. Answering paragraph 14, defendants deny that anyone or each of them or their agents did unlawfully intercept, receive, publish, divulge, display and/or exhibit the Program.

6. Answering paragraph 15, defendants and each of them deny the allegations .

7. Answering paragraph 16 and 17, defendants asserts that 47 U. S. C. Section 605, et seq. does not apply to them because they purchased the program from Direct TV and they have authorization for private viewing, [47 USC Sec. 605 (b)]

8. Answering paragraph 18, defendants deny any violations of 47 USC Sec. 605 and asserts that the plaintiff be entitled to nothing in statutory damages, attorney's fees and court costs.

## RESPONSE TO Count II - 47 USC Sec. 553

9. Defendants hereby incorporate by reference all the admissions and denials contained in paragraph 1 to 8 inclusive.

10. Answering paragraph 20, 21, 22, and 23, defendants deny all the allegations and asserts that they did not violate 47 USC Sec. 553 because they purchased the program from Direct TV and therefore they have authorization.

11. Answering paragraph 24, defendants deny any violation of 47 USC Sec. 553 and the plaintiff should not receive any statutory damages, attorney's fees and court cost.

## RESPONES TO Count III – Conversion

12. Defendants hereby incorporate by reference all the admissions and denials contained in paragraphs 1 to 11, inclusive, of this answer.

13. Answering paragraphs 26 and 27, defendants deny all the allegations because they purchased the program from Direct TV.

14. Answering paragraph 28 defendants did not commit any conversion and plaintiff is entitled to nothing.

## RESPONSE TO COUNT IV - California B &P Code Sec. 17200

15. Defendants hereby incorporate by reference all of the allegations, admissions and denials contained in paragraphs 1 to 14 inclusive of this answer.

16. Answering paragraphs 30, 31, 32, 33, 34, 35, 36, 37 and 38, defendants deny all the allegations because they did not do any unlawful, unfair or fraudulent business act or practice. Defendants pray the court not to award any relief to the plaintiff.

## FIRST AFFIRMATIVE DEFENSE

Lack of Standing

17. This complaint is barred by the fact that plaintiff lacks standing to bring an action. Plaintiff is not a party to the transaction and is not connected to the transaction. Defendant owes no duty to respond to plaintiff's allegations regarding the transaction.

## SECOND AFFIRMATIVE DEFENSE

Fails To State Cause of Action

18. The complaint is barred by plaintiff's failure to state a cause of action against defendant.

## THIRD AFFIRMATIVE DEFENSE

Laches

Answer,Counterclaim,Demand Jury Trial C09-01023 EMC - 4

19. The complaint is barred in whole or in part by laches.

FOURTH AFFIRMATIVE DEFENSE

Unclean Hands

20. The complaint is barred in whole or in part by plaintiff's unclean hands.

FIFTH AFFIRMATIVE DEFENSE

Estoppel

21. The complaint is totally barred by estoppel because succeeding purchases of the program by Manila Garden Restaurant, is without opposition from the plaintiff.

SIXTH AFFIRMATIVE DEFENSE

Indemnity

22. If any liability exists on the part of defendant to plaintiff, such liability is to be completely indemnified by Direct TV.

SEVENTH AFFIRMATIVE DEFENSE

Offset

23. Any amount sought to be recovered in this action is barred in whole or in part by the amount owing from plaintiff to defendant.

## COUNTERCLAIMS

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Defendants for their counterclaim against J & J Sports Productions, Inc., alleges as follows:

## PARTIES

1. CARMINA BASTO and DENNY V. BASTO, (BASTO) are individuals d/b/a MANIAL GARDEN RESTAURANT, J & C BASTO CO., INC. is a California corporation d/b/a MANILA GARDEN RESTAURANT with business address at 20500 Hesperian Blvd. Suite D, Hayward, CA 94541. All are residents in Alameda County.

2. J and J Sports Productions Inc. (JJSP) is a California corporation with its principal place of business located at 2380 South Bascom Avenue Suite 200, Campbell, CA 95008.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

INTENTIONAL INTERFERENCE TORTS WITH PROSPECTIVE ECONOMIC ADVANTAGE

5. Defendants Carmina and Denny Basto subscribed to the Boxing Marquez/Pacquiao Live on March 15, 2008. Instead of viewing the fight at their

residence a household member moved the receiver to Manila Garden Restaurant to view the program in private.  Thereafter defendants received a letter from Law Offices of Thomas P. Riley, attorney for J & J Sports Productions Inc. (JJSP) threatening to file a case because the program was viewed at Manila Garden Restaurant.  Carmina Basto wrote a letter to Mr. Riley explaining that the viewing at Manila Garden was made in private and not for public consumption and offered to pay $1200 to forego the filing of case. (Exhibit _2_).  On December 6, 2008, Defendants subscribe to PPV Dela Hoya/Pacquiao Live to Direct TV with the address of Manila Garden at 20500 Hesperian Blvd., Suite D, Hayward, CA 94541.  Exhibit 3.  On February 9, 2009, the Defendants received again a letter from Law Offices of Thomas P. Riley threatening to file a case. because it was exhibited in a commercial establishment.  Exhibit 4.  Direct TV knew that the purchase of the subscription is to be exhibited at Manila Garden as it appears on the invoice.  The conduct of the plaintiff caused the Defendants to suffer emotional distress knowing that they did not do any wrong and yet the plaintiff kept threatening to file a case.

As a result, Defendants were intimidated and oppressed into abandoning their business under Manila Garden Restaurant.  Defendants could not carry on business with the thought that they will be losing all their investment and business because of the lawsuit. They lost customers and became late on their lease payments as a result

6. The elements of the tort of INTENTIONAL INTERFERENCE TORTS WITH PROSPECTIVE ECONOMIC ADVANTAGE are: '(1) an economic relationship between [the plaintiff and some third person] containing the probability of future economic benefit

to the [plaintiff], (2) knowledge by the defendant of the existence of the relationship, (3) intentional acts on the part of the defendant designed to disrupt the relationship, (4) actual disruption of the relationship, [and] (5) damages to the plaintiff proximately caused by the acts of the defendant.' (Buckaloo v. Johnson (1975) 14 Cal.3d 815, 827.).

7. Defendants had been harmed and continue to be harmed by J & J Sports Productions Inc., conduct.

## INTENTIONAL INTERFERENCE WITH CONTRACT

8. Defendants suffered damages as an actual and proximate cause of Plaintiff interference with the contract between Defendants and Direct TV.

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

9. BASTO et al suffered emotional distress as a result of the harassment of plaintiff of filing lawsuit when in fact there is an existing contract between the defendants and Direct TV to view the program in their restaurant.

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

10. BASTO et al suffered emotional distress as a result of the negligent conduct of plaintiff in sending harassment letters to defendants despite the fact that there is an existing contract between Direct TV and defendants to view the program in their restaurant.

## RELIEF REQUESTED

WHEREFORE, Basto respectfully requests the following relief:

1. A judgment in favor of Basto denying J and J Sports Production all relief requested in its Complaint in this action and dismissing J &J Complaint with prejudice;

2. For damages accruing from INTENTIONAL INTERFERENCE TORTS WITH PROSPECTIVE <u>ECONOMIC</u> ADVANTAGE, INTENTIONAL INTERFERENCE IN CONTRACT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

3. A judgment awarding Basto their costs, expenses, and reasonable attorneys' fees; and

4. That the Court award Basto such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

In accordance with FRCP 38(b), BASTO demands a trial by jury on all issues so triable.

## LIST OF EXHIBITS

1. Invoice from Direct TV on March 15, 2008 subscribing to the Boxing Marques/Pacquiao Live (Program)

2. Copy of letter of Carmina Basto to Law Office of Thomas P. Riley dated November 27, 2008.

3. Invoice from Direct TV dated 12/13/08 subscribing to Boxing Dela Hoya/Pacquiao Live (Program) for showing at Manila Garden Restaurant

4. Letter of Law Office of Thomas P. Riley dated February 9, 2009 threatening to file a case despite existing contract with Direct TV.

Dated: May 11, 2009

Respectfully submitted:

*(signature)*

Carmina Basto, for herself and Manila Garden Restaurant

*(signature)*

Deny Basto, Defendant

*(signature)*

Carmina Basto, for J & C Basto Co, Inc.

Proof of Service

I declare under penalty of perjury that I served the Answer to Complaint, Counterclaim and Demand for Jury Trial on May 12, 2009 by sending by First Class U. S. mail to these address:

Law Offices of Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, Ca 91030-3227

*[signature]*

20500 Hesperian Blvd. Suite D
Hayward, CA 94541



| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE |
|---|---|---|
| 44090707 | 05/02/08 | $0.00 |

**Sign in at directv.com** to view your bill online, or call our **Automated Phone System** & tell us your reason for calling.

For a worry-free way to pay each month, See back of bill for details.

## Summary

Statement Date: 04/13/08
Page 1 of 1 for:
DENNY BASTO
For Service at:
953 SUEIRRO ST
HAYWARD, CA 94541-5913

| | |
|---|---:|
| Previous Balance | 0.00 |
| Payments | -94.66 |
| Current Charges & Fees | 97.41 |
| Adjustments & Credits | -3.19 |
| Taxes | 0.44 |
| **Amount Due** | **$0.00** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---:|
| | | Previous Balance | 0.00 |
| 03/15 | | Payment - Thank You - VISA | -49.95 |
| 04/13 | | Payment - Thank You - Amer Expr | -44.71 |
| | | **Current Charges for Service Period 04/12/08 - 05/11/08** | |
| 04/12 | 05/11 | BASIC Monthly | 9.99 |
| 04/03 | 05/02 | DIRECTV Protection Plan Begins in 30 Days: $5.99/Month | 0.00 |
| 04/12 | 05/11 | TFCDirect Monthly | 25.99 |
| 03/15 | | PPV: Boxing:Marquez/Pacquiao-LIVE on receiver 1762-127031 | 49.95 |
| | | **Fees** | |
| 03/15 | | Phone System Transaction Fee | 1.50 |
| 04/13 | | Leased Receiver | 4.99 |
| 04/13 | | Primary Leased Receiver | 4.99 |
| | | **Adjustments & Credits** | |
| 05/03 | 05/11 | DIRECTV Protection Plan Partial Month Charge | 1.80 |
| 04/13 | | Primary Leased Receiver | -4.99 Credit |
| | | Sales Tax | 0.44 |
| | | **AMOUNT DUE** | **$0.00** |

Beginning 5/11/08, customer service representatives for general care will be available 8am-10pm local time. For self-service, directv.com is available 24 hours a day.

To contact us call 1-800-378-3309

**No payment is due at this time.**
This statement is for your information only.

Watch your favorite team all season! Order **MLB EXTRA INNINGS®** today. Choose from up to 80 games per week. Just 4 payments of $49.75. Offer ends 7/13/08. Visit directv.com/mlb.

**Looking for a movie to watch? TRY PAY PER VIEW, IT'S EASY!** Go to channels 125-199 and order with just a click of your remote. See what's on at directv.com/movies.

Don't miss **DIRECTV Hometown Heroes**, a new original series featuring inspirational DIRECTV customers. Sundays at 9 PM, starting April 6th. Only on The 101, DIRECTV's Ch. 101.

**Moving?** Call 1-877-616-MOVE or visit directv.com/move.

V877-0003    1 2 3

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT    1107PINGEN



| DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|
| 05/02/08 | 44090707 | $0.00 | |

☐ Note my change of address on reverse side.
**DO NOT WRITE OTHER COMMENTS ON THIS FORM**

(510) 783-3983

Do not send cash. Make check or money order payable to:

#BWNHPWR
#PDDPIPGPG9#
AT 01 065947 94088B251 A**3DGT
DENNY BASTO
953 SUEIRRO ST
HAYWARD CA 94541-5913

DIRECTV
PO BOX 54000
LOS ANGELES CA 90054-1000

0000000000000000044090707 9 0028 00000000 00000000 7

Ex 1

November 27, 2008

Law Offices of Thomas P. Riley
1114 Fremont Ave.
South Pasadena, CA 91030

By fax and certified mail

Dear Mr. Riley:

This is to acknowledge your letter dated November 13, 2008.

As a background, I subscribed to the event for viewing in my residence only. Unknowingly and without intent to make any money out of this event, someone in my household wanted to watch the event in my restaurant so he brought the cable box to my small restaurant. They did not know that it will work in the restaurant so that when it worked only the restaurant workers watched the event.

It is with deep regret that this happen. I want you to know that I did not intend to make any money out of this event. My staff just wanted to be able to watch the event while at work without taking time off and going home. As a proof, I did not advertise this event for public viewing. I did not collect any money for this event. Only my workers actually watched this event.

In spirit of compromise I will be willing to pay the rate of $1200 for this event less the amount of my original subscription. Please let me know if your response as soon as possible.

Sincerely,

Carmina Basto

Ex 2

# INVOICE

| ACCOUNT NUMBER | DATE DUE | AMOUNT DUE | INVOICE NUMBER |
|---|---|---|---|
| 034621366 | No Payment Due | No Payment Due | 914893330 |

To contact us call 1-888-388-4249



DIRECTV Open For Business 24/7/365

## Summary

Statement Date: 12/13/08
Page 1 of 1 for:
MANILA GARDENS
For Service at:
20500 HESPERIAN BLVD
HAYWARD, CA 94541-5880

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments | -104.93 |
| Current Charges & Fees | 104.93 |
| Adjustments & Credits | 0.00 |
| Taxes | 0.00 |
| **Amount Due** | **$0.00** |

## Activity

| Start | End | Description | Amount |
|---|---|---|---|
| | | Previous Balance | 0.00 |
| 12/06 | | Payment - Thank You - VISA | -59.95 |
| 12/13 | | Payment - Thank You - VISA | -44.98 |
| | | **Current Charges for Service Period 12/12/08 - 01/11/09** | |
| 12/12 | 01/11 | TFCDirect Monthly | 32.99 |
| 12/12 | 01/11 | Local Channels Monthly | 6.99 |
| 12/06 | | PPV: Boxing: De La Hoya/Pacquiao-LIVE on receiver 1991-129915 | 54.95 |
| | | **Fees** | |
| 12/06 | | Phone Transaction Fee | 5.00 |
| 12/06 | | Phone Transaction Fee | 5.00 |
| | | **AMOUNT DUE** | **$0.00** |

**No payment is due at this time.**
This statement is for your information only.

With DIRECTV and NFL SUNDAY TICKET™ you'll get every game, every Sunday vs. 4 on cable. Plus, get over 180 NFL games in HD when you add NFL SUNDAY TICKET™ SuperFan™. Call 1-888-388-4249 and order today.

DIRECTV the leader in HD, brings you access to up to 95 national channels in HD, including all your favorite channels. Add HD Access to your account today. Call 1-888-388-4249.

---

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| INVOICE NUMBER | DATE DUE | ACCOUNT NUMBER | AMOUNT DUE | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 914893330 | No Payment Due | 034621366 | No Payment Due | |

☐ Note my change of address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM

(510) 670-0727

Do not send cash. Make check or money order payable to:

#BWNHPWR
#PCDFBACFF3#
MB 01 005838 67433 B 20 A
MANILA GARDENS
20500 HESPERIAN BLVD
HAYWARD CA 94541-5880

DIRECTV
PO BOX 60036
LOS ANGELES CA 90060-0036

0000000000000000034621366 3 0028 00000000 00000000 6

EX 3

# LAW OFFICES OF THOMAS P. RILEY
A PROFESSIONAL CORPORATION

FIRST LIBRARY SQUARE
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030-3227
TPRLAW@att.net

TEL: (626) 799-9797                              FAX: (626) 799-9795

February 9, 2009

Ms. Carmina Basto
J & C Basto Co., Inc.
d/b/a Manila Garden Restaurant
20500 Hesperian Blvd., # D & E
Hayward, CA 94541

Re: *J & J Sports Productions, Inc. v. Carmina Basto, et al*

Ms. Basto:                               *Transmitted By First Class and Certified Mail*

By copy of this letter, please be advised that this law firm is retained counsel for J & J Sports Productions, Inc., in connection with its domestic commercial distribution of *"The Dream Match": Oscar De La Hoya v. Manny Pacquiao, Welterweight Championship Fight Program*, telecast nationwide on Saturday, December 6, 2008.

We are informed and believe that this *Program* was exhibited at your commercial establishment in violation of the exclusive closed-circuit broadcast rights owned by my client. Any unauthorized broadcast of said *Program* was in direct violation of the law, including but not limited to Title 47 U.S.C. Section 605, and/or Title 47 U.S.C. Section 553, *et seq*.

The purpose of this correspondence is to give you an opportunity to reach a settlement with my client prior to the commencement of litigation in United States District Court. A timely settlement of this matter will enable you to avoid:

1. Personal exposure to statutory and compensatory damages in excess of One Hundred Thousand Dollars ($100,000.00), and
2. Financial responsibility on your part for all recoverable legal costs, including our firm's attorneys' fees, and
3. The inconvenience and expense that will attend your defense of a costly federal lawsuit.

Our firm will forgo the commencement of suit, and the undertaking of any other such legal measures, for a period of ten (10) calendar days from the date of this correspondence. At this time I urge you, your attorney, or your authorized representative to contact the undersigned immediately.

Cordially,

Thomas P. Riley

TPR /sm

Ex 4