IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS,<br><br>    Plaintiff,<br><br>  v.<br><br>CARMINA BASTO, et al.,<br><br>    Defendants.<br>_____/ | No. C-09-1023 MMC<br><br>**ORDER SETTING HEARINGS ON PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE; CONTINUING CASE MANAGEMENT CONFERENCE** |

    Before the Court are plaintiff's motions, each filed June 1, 2009 and originally noticed for hearing July 8, 2009, to dismiss and to strike defendants' counterclaims. On June 5, 2009, the action was reassigned to the undersigned, and the above-referenced hearing dates were vacated. (See Reassignment Order filed June 5, 2009.)[1]

    Accordingly, the Court hereby SETS the motions for hearing on August 14, 2009.

    In light of the above, the Case Management Conference currently scheduled for July 17, 2009 is hereby CONTINUED to October 2, 2009.

    **IT IS SO ORDERED.**

Dated: June 25, 2009

                                                   MAXINE M. CHESNEY
                                                 United States District Judge

---

[1] On June 12, 2009, defendants filed a single opposition to the motions. On June 23, 2009, plaintiff filed a single reply thereto.